Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
**Megan E. Glor, Attorneys at Law, PC**
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DAVID BLACK,** | Case No. 13:17-cv-1785 |
| Plaintiff, | **COMPLAINT** |
| v. | (Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)) |
| **HARTFORD LIFE INSURANCE COMPANY,** | |
| Defendant. | |

## I.　INTRODUCTION

1.

This action is brought on behalf of Plaintiff David Black pursuant to the

**COMPLAINT - Page 1 of 8**

Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et seq*. ("ERISA"). Plaintiff seeks to recover from Defendant, Hartford Life Insurance Company ("Hartford"), unpaid long-term disability ("LTD") benefits pursuant to the terms of a group LTD policy ("LTD Policy") issued and insured by Hartford to Plaintiff's former employer, DMX Music, Inc. ("DMX"). The LTD Policy is subject to ERISA. Plaintiff seeks his unpaid LTD benefits, interest on the unpaid benefits, and his costs and attorney fees, pursuant to ERISA § 502(a), 29 U.S.C. §1132(a), as further stated herein.

## II.  JURISDICTION AND VENUE

2.

Jurisdiction is conferred by ERISA § 502, 29 U.S.C. § 1132(e)(1), (f), and (g), which gives the United States district courts jurisdiction to hear civil actions brought to recover plan benefits due under the terms of an employee welfare benefit plan, as well as other declarative relief and attorney fees and costs, under ERISA.

3.

Venue is proper in this district court pursuant to ERISA § 502(e), 29 U.S.C. § 1132(e)(2), and pursuant to 28 U.S.C. § 1391.

## III.  THE PARTIES

4.

At all times material, Plaintiff was employed by DMX as a Lead Customer Services Representative.

COMPLAINT - Page 2 of 8

5.

At all times material, Plaintiff was an insured and/or beneficiary under the LTD Policy.

6.

The LTD Policy is an employee welfare benefit plan covered under ERISA, 29 U.S.C. § 1002(1).

7.

At all times material herein, DMX was the sponsor of the LTD Policy within the meaning of ERISA, 29 U.S.C. § 1002(16)(B) and the plan administrator of the LTD Policy within the meaning of ERISA, 29 U.S.C. § 1002(16)(A).

8.

At all times material herein, Hartford fully insured the LTD Policy and was the claims administrator of Plaintiff's LTD claim, within the meaning of ERISA, 29 U.S.C. § 1002(16)(A).

### IV.   STATEMENT OF FACTS

9.

In September 2005, Plaintiff became unable to continue performing his own occupation with DMX due to symptoms atypical Parkinson's disease.

10.

In or about January 2006, Plaintiff submitted a claim for LTD benefits through the

**COMPLAINT - Page 3 of 8**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

LTD Policy.

11.

In March 2006, Hartford approved Plaintiff's LTD claim, effective September 6, 2005, based upon its conclusion that Plaintiff was unable to perform the material duties of his own occupation due to his disability, and began paying Plaintiff a monthly LTD benefit effective on or about December 6, 2005.

12.

Under the terms of the LTD Policy, once Hartford had paid Plaintiff's LTD claim for 24 months, the disability provision applicable to Plaintiff changed from "own occupation" to "any occupation". Commencing on or about December 6, 2007, Plaintiff was considered to be disabled only if he were "prevented from performing one or more of the Essential Duties of Any Occupation."

13.

Hartford approved and continued to pay Plaintiff's LTD claim for approximately *nine years* after the "any occupation" disability provision became applicable to Plaintiff's LTD claim.

14.

On or about August 28, 2009, Plaintiff's representative provided Hartford with a Social Security Administrative Law Judge's "fully favorable" disability determination, dated August 4, 2009, concluding that Plaintiff was totally disabled and entitled to a

**COMPLAINT - Page 4 of 8**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

monthly Social Security Disability Income ("SSDI") benefit effective February 1, 2006.

15.

As the result of Plaintiff's SSDI claim approval, Hartford recouped from Plaintiff $24,780, representing LTD benefits Hartford had paid Plaintiff while his SSDI claim was pending. Further, as the result of Plaintiff's SSDI claim approval, Hartford also obtained the benefit of a 52 percent ($810.00) reduction in its monthly liability to Plaintiff for payment of LTD benefits: Hartford's LTD payment to Plaintiff was reduced from $1,548.45 per month to $738.45 per month by reason of the SSDI claim approval.

16.

Hartford approved and paid Plaintiff's LTD claim for another *seven years* after its receipt of the Social Security Administration's fully favorable disability determination.

17.

In 2016, Hartford conducted surveillance, had a representative interview Plaintiff and obtained a "Youtube" website video of a performance by a band in which Plaintiff was a member. Hartford then terminated Plaintiff's disability claim and monthly benefit, effective August 31, 2016.

18.

On or about April 7, 2017, through counsel, Plaintiff appealed Hartford's claim termination. Plaintiff's appeal included reports of Plaintiff's treating neurologist, witness

**COMPLAINT - Page 5 of 8**

statements attesting to Plaintiff's severe difficulties with daily activities, and proof Hartford had erroneously asserted in terminating the claim that Plaintiff had been shown standing and playing guitar in the "Youtube" video, whereas Plaintiff was actually seated and playing drums with brushes in the Youtube video.

19.

By letter dated , June 21, 2017, Hartford denied Plaintiff's appeal.

20.

Plaintiff has completed all steps required prior to the filing of this Complaint under the LTD Policy and ERISA, pursuant to 29 U.S.C. § 1133.

## V.    CLAIMS

### FIRST CLAIM -- FOR BENEFITS, ENFORCEMENT OF RIGHTS AND CLARIFICATION OF FUTURE BENEFITS RIGHTS UNDER ERISA § 502(A)(1)(B), 29 U.S.C. § 1132(A)(1)(B)

21.

Plaintiff re-alleges paragraphs 1 through 20, above.

22.

ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), authorizes Plaintiff to recover benefits under the terms of the LTD Policy and to enforce his rights under the terms of the LTD Policy.

23.

By terminating Plaintiff's LTD claim and its payment of LTD benefits under the

**COMPLAINT - Page 6 of 8**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

LTD Policy, Hartford has violated and continues to violate ERISA § 502(a)(1)(B), 29 U.S.C. § 1132 (a)(1)(B).

24.

As the result of Hartford's termination and denial of LTD benefits due and owing Plaintiff under the terms of the LTD Policy, Plaintiff has been damaged in the gross amount of $1,548.45 per month, commencing August 31 2016.

## VI. REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff prays that he have and recover judgment in his favor and against Hartford as follows:

(1) Ordering Hartford to reinstate Plaintiff's LTD claim and monthly benefit in the gross amount of $1,548.45, effective August 31, 2016, and continuing through the date of judgment, pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B);

(2) Declaring that Plaintiff shall remain entitled to receive a monthly LTD benefit from the date of judgment through age 65, so long as he remains disabled under the terms of the LTD Policy, pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B);

(3) Ordering Hartford to pay Plaintiff prejudgment interest, pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B);

(4) Ordering Hartford to pay Plaintiff's attorney fees and costs, pursuant to

**COMPLAINT - Page 7 of 8**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

ERISA § 502(g), 29 U.S.C. § 1132(g)(1); and

(5) Ordering such other relief as this Court deems just and proper.

DATED this 7th day of November, 2017.

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178
Megan E. Glor, Attorneys at Law
(503) 223-7400
Attorney for Plaintiff

COMPLAINT - Page 8 of 8

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400