Russell S. Buhite, OR 142529
Russell.Buhite@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:	206-693-7052
Fax:	206-693-7058

    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| DAVID BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 3:17-cv-01785-HZ<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S SUPPLEMENT TO ITS ADMINISTRATIVE RECORD** |

COMES NOW, Defendant Hartford Life and Accident Insurance Company[1] ("Hartford"), by and through its counsel of record, files the following Supplement to its Administrative Record in the above matter.

//

//

//

//

---

[1] Plaintiff has incorrectly named the Defendant. The entity issuing the group disability policy at issue is "Hartford Life and Accident Insurance Company."

1 – DEFENDANT'S SUPPLEMENT TO ITS ADMINISTRATIVE RECORD

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Dated:  August 1, 2018

        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

    By:   /s/ RUSSELL S. BUHITE
           Russell S. Buhite, OR 142529
           Russell.Buhite@ogletree.com
           206-693-7052
           Attorneys for Defendant

2 – DEFENDANT'S SUPPLEMENT TO ITS ADMINISTRATIVE RECORD

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018 I served the foregoing DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S SUPPLEMENT TO ITS ADMINISTRATIVE RECORD on:

>Megan E. Glor
>Email: megan@meganglor.com
>John C. Shaw
>Email: john@meganglor.com
>707 NE Knott Street, Ste. 101
>Portland, OR 97212
>T: (503) 223-7400
>F: (503) 751-2071

>Attorney for Plaintiff David Black

- ☒ by **electronic** means through the Court's eFile and Serve system.

- ☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ☒ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

By: /s/ Russell S. Buhite
Russell S. Buhite, OR 14529
(206) 693-7052

35073432.1

3 – DEFENDANT'S SUPPLEMENT TO ITS ADMINISTRATIVE RECORD

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# Exhibit 1

## David Black Interview .WAV file

# Exhibit 2

David Black Surveillance Video .MP4 file