UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAVID BLACK

                           Plaintiff(s),

                                                    Case No.: 3:17-cv-01785-HZ

v.

HARTFORD LIFE INSURANCE COMPANY              JOINT ALTERNATIVE DISPUTE
                                             RESOLUTION REPORT

                           Defendant(s).

_____

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1.    Have counsel held settlement discussions with their clients and the opposing party?
      ☑ Yes        ☐ No

      If not, provide an explanation:

      _____

      _____

2.    The parties propose:    (*check one of the following*)

      ☐ (a)      That this case be referred to a neutral of their choice for ADR
                 not sponsored by the Court pursuant to LR 16-4(e)(1).

      ☐ (b)      That the Court refer this case to mediation using a Court-
                 sponsored mediator. (*See* LR 16-4(f) for Court-sponsored
                 mediation procedures). The parties seek a Court mediator
                 because:

      _____

      _____

      _____

Joint Alternative Dispute Resolution Report                                    1
[Rev. 03/2018]

☐ (c)    ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)    The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

☑ (f)    Other:

Plaintiff does not believe that ADR will be helpful.  Defendant believes ADR would

be helpful.

_____

Dated: 09/21/2018 _____        By: s/ Megan Glor
                                             _____
                                             Megan Glor, OSB No. 930178

                                         By: *Russell S. Buhite* (signature)
                                             _____
                                             Russell Buhite, OSB No. 142529

Joint Alternative Dispute Resolution Report                                    2
[Rev. 03/2018]