Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff David Black

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID BLACK,**<br><br>        Plaintiff,<br><br>   v.<br><br>**HARTFORD LIFE INSURANCE COMPANY,**<br><br>        Defendant. | Case No. 3:17-CV-01785-HZ<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>*Expedited Review Requested* |

### LR 7-1 CERTIFICATION

The undersigned confirms pursuant to LR 7-1 that counsel for the parties have conferred and that Defendant does not oppose this motion.

/ /

**Page 1 - PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

## MOTION

Plaintiff challenges Defendant's termination of his monthly long-term disability benefits pursuant to ERISA, 29 U.S.C. § 1132(a)(1)(B). Pursuant to Fed. R. Civ. P. 5.2(d) and LR 5-2(d), Plaintiff hereby moves for an order for leave to file under seal the Plaintiff's Reply In Support Of Motion for Summary Judgment, insofar as it reveals the contents of documents that have been produced by Defendant subject to the Protective Order [Dkt #11] entered in this case.

This document constitutes and/or quotes/reveals the contents of confidential and/or proprietary documents that were produced by Defendant and that are subject to protective order [Dkt #11].

## CONCLUSION

WHEREFORE, Plaintiff respectfully moves this Court for an Order requiring Plaintiff's Reply In Support Of Motion for Summary Judgment be filed under seal.

DATED: November 28, 2018.

Respectfully submitted,

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorney for Plaintiff

Page 2 - PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Megan E. Glor
Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400