Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff David Black

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DAVID BLACK,<br><br>          **Plaintiff,**<br><br>   v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>          **Defendant.** | Case No. 3:17-CV-01785-HZ<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Granting Summary Judgment in Favor of Plaintiff David Black ("Plaintiff") and against Defendant (Docket No. 51):

/ /

/ /

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have Judgment in his favor and against Hartford Life & Accident Insurance Company ("Hartford") on his claim for long term disability benefits.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Hartford shall pay retroactive long term disability benefits to Plaintiff from the date of its termination of his disability claim, August 31, 2016, through June 30, 2019, in the total amount of $25,845.75.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Hartford Life shall pay Plaintiff prejudgment interest on the retroactive long term disability benefits in the amount of an additional $1,394.61.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's long term disability benefits under the Plan be reinstated.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Hartford shall pay Plaintiff a monthly long term disability benefit commencing July 1, 2019 and continuing until such time Plaintiff no longer qualifies for benefits under the terms of the Plan.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**Page 2** - **JUDGMENT**    Megan E. Glor
Attorneys at Law, PC
707 NE Knott Street,

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have his costs of suit and that any Motion for Attorneys' Fees as allowed under ERISA shall be filed within thirty (30) days of the date hereof.

DATED: __6/26/19__  

_____
Marco A. Hernandez
United States District Judge

It is so stipulated:

| MEGAN E. GLOR, ATTORNEYS AT LAW | OAGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: s/ Megan E. Glor<br>Megan E. Glor, OSB# 930178<br>megan@meganglor.com<br>Attorney for Plaintiff | By: s/ Russell S. Buhite<br>Russell S. Buhite, OSB #14529<br>russell.buhite@oagletree.com<br>Attorney for Defendant |